# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Respondent,<br><br>　v.<br><br>JAVIER HARO,<br><br>　　　　　Defendant-Petitioner. | CASE NO. 1:15-CR-00351-LJO-SKO-1<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF NO. 33) |

On July 29, 2019, Javier Haro ("Petitioner"), a federal prisoner proceeding *pro se*, filed a motion to vacate, set aside, or correct a sentence ("Motion") under Title 28, United States Code, Section 2255, challenging the constitutionality of his guilty plea in light of the Supreme Court's decision in *Rehaif v. United States*, 139 S. Ct. 2191. *See* ECF No. 33. Upon preliminary review of the Motion, the Court believes its decision making would be aided by the filing of a response by the United States. Accordingly,

**IT IS HEREBY ORDERED** that the Government shall file a response to Petitioner's Motion within **November 18, 2019**; and

**IT IS FURTHER ORDERED** that Petitioner shall have **60 days** to file his reply, from the date of the Government's filing.

IT IS SO ORDERED.

　Dated:　**September 19, 2019**　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE