HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, # 127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JAVIER HARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. F 15-351 LJO 1 |
|---|---|
| Plaintiff, | **Unopposed Request to Extend Deadline for Filing a Supplement or Other Appropriate Response; Order** |
| v. | |
| JAVIER HARO, | |
| Defendant. | Judge: Honorable LAWRENCE J. O'NEILL |

On July 29, 2019, defendant, JAVIER HARO, filed a pro se motion to vacate his sentence under 28 U.S.C. § 2255. ECF 33. On October 22, 2019, this Court issued an order directing the Office of the Federal Defender to file a supplement or other appropriate response no later than December 23, 2019. ECF 45.

The undersigned is the attorney responsible for assisting defendants convicted in the Eastern District of California seeking relief under *Rehaif v. United States*, 139 S. Ct. 2191 (2019). The undersigned has written to Mr. Haro but because of the delays associated with the prison mail system, the undersigned seeks this 30-day extension of time to file the response ordered by the Court. Accordingly, the undersigned respectfully requests an extension until January 22, 2020, to file a supplement or other appropriate response to defendant's pro se motion. A proposed order is lodged herewith.

/ / /

/ / /

Government counsel, Assistant U.S. Attorney Jeffrey A. Spivak, has been informed of this request and has no opposition thereto.

Date: December 17, 2019

                              Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

                              */s/ David M. Porter*
                              DAVID M. PORTER
                              Assistant Federal Defender

                              Attorneys for Defendant
                              JAVIER HARO

**O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender is directed to file a supplement or other appropriate response to defendant's pro se motion on or before January 22, 2020.

The Government shall file its response to Petitioner's motion no later than March 20, 2020. Petitioner's reply to the Government's response shall be filed no later than May 20, 2020.

IT IS SO ORDERED.

Dated: **December 18, 2019**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE